# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| United States of America | CRIMINAL COMPLAINT |
|---|---|
| v. | (Filed Under Seal) |
| Michael Martinez | CASE NUMBER: 22-3061 MJ |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the dates described in Attachment A in the County of Maricopa in the District of Arizona, the defendant violated 18 U.S.C. §§ 2251(a) and (e); and 2256 offenses described as follows:

**See Attachment A – Description of Counts**

I further state that I am a Special Agent from the Federal Bureau of Investigation and that this complaint is based on the following facts:

**See Attachment B – Statement of Probable Cause Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUTHORIZED BY: Brett A. Day, AUSA  *BDay*

SA Candace M. Rose, FBI
Name of Complainant

Signature of Complainant

Subscribed and sworn electronically

March 6, 2022                                                  at   Phoenix, Arizona
Date                                                                      City and State

HONORABLE MICHAEL T. MORRISSEY
United States Magistrate Judge
Name & Title of Judicial Officer                            Signature of Judicial Officer

# ATTACHMENT A
# DESCRIPTION OF COUNTS
## COUNT 1

On or between January 1, 2015, and April 30, 2017, in the District of Arizona, Defendant MICHAEL MARTINEZ did knowingly employ, use, persuade, entice, induce and coerce a minor, that is, Jane Doe 1, age 5 to engage in sexually explicit conduct, to wit: genital-genital sexual intercourse, for the purpose of producing any visual depiction of such conduct and transmitting a live visual depiction of such conduct knowing and having reason to know that the visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce and mailed if the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, and did attempt to do so.

In violation of Title 18, United States Code, Sections 2251(a), (e) and 2256.

## COUNT 2

On or between January 1, 2015, and April 30, 2017, in the District of Arizona, Defendant MICHAEL MARTINEZ did knowingly employ, use, persuade, entice, induce and coerce a minor, that is, Jane Doe 2, age 6 to engage in sexually explicit conduct, to wit: genital-genital sexual intercourse, for the purpose of producing any visual depiction of such conduct and transmitting a live visual depiction of such conduct knowing and having reason to know that the visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce and mailed if the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction was actually transported and

transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, and did attempt to do so.

In violation of Title 18, United States Code, Sections 2251(a), (e) and 2256.

**STATEMENT OF PROBABLE CAUSE**

I, Candace M. Rose, Special Agent with Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows, to wit:

**INTRODUCTION**

The facts of this case, as more fully detailed herein, are that on or about April 2017, the Federal Bureau of Investigation (FBI), in conjunction with the National Center for Missing and Exploited Children (NCMEC), began investigating a series of pictures and videos being distributed over the internet depicting the sexual abuse of at least two minor female children. Until February 2022, the identity of the minor victims and the adult male perpetrator remained unknown.

On or about February 2022, the FBI identified the two victims in the videos and images. Forensic data from some of the images and videos in the series showed dates of production in late November 2016 through early December 2016 from a Samsung Model SM-G928V device. A search of open source and law enforcement records revealed that the two victims had disclosed the sexual abuse in January 2018. An investigation into the allegations was originally conducted by the Phoenix Police Department (PPD) and Mesa Police Department (MPD). During the investigation, MICHAEL MARTINEZ was identified as the suspect.

The victims were forensically interviewed, and they described in detail the sex acts that they were subjected to. They identified "Michael," who lived with them, as the person who sexually abused them. The Maricopa County Attorney's Office declined prosecution at the time of the case submittal in 2019 unaware that the sexual abuse had been filmed and distributed over the internet.

On February 22, 2022, the mother of the two victims positively identified her daughters in the images. Investigative steps determined that MICHAEL MARTINEZ did in fact reside with the victims and their mother at a residence in Mesa, Arizona during the time of the creation of the images and videos. The mother further confirmed that MARTINEZ was alone with the victims for extended periods of time.

MICHAEL MARTINEZ has a similar body structure and skin tone as the subject

depicted in the sexual abuse images. Based on records checks, it appears that MICHAEL MARTINEZ moved to Texas in approximately 2018.

On March 5, 2022, the mother of the two victims positively identified Michael Martinez, as well as his clothing, in two of the images of sexual abuse material.

In this affidavit, I believe there is probable cause to believe that MICHAEL MARTINEZ produced child pornography in violation of 18 U.S.C. §§ 2251(a) and (e); and 2256.

### PRELIMINARY BACKGROUND INFORMATION

1. I am a Special Agent with the FBI assigned to the Phoenix Division. I have been so employed for eighteen years and I am specifically assigned to conduct investigations pursuant to the FBI's Innocent Images National Initiative (IINI), which focuses on crimes where computers and the Internet are used in the sexual exploitation of children. I am responsible for conducting federal and international investigations relating to crimes involving the sexual exploitation of children. I have received basic and on-the-job training in the investigation of cases involving the sexual exploitation of children. The statements contained in this Affidavit are based on my experience and background as a Special Agent and on information provided by other law enforcement agents.

### DETAILS OF THE INVESTIGATION

#### Phoenix Police Department and Mesa Police Department Investigation

2. In December 2017, the mother of the victims brought her two daughters, "Jane Doe 1" and "Jane Doe 2" to Sunshine Acres group home because she was unable to care for them at the time. She picked them up a few days later and then brought them back to Sunshine Acres on January 11, 2018.

3. On January 11, 2018, Jane Doe 2, who was age 5 at the time, disclosed to a caretaker at Sunshine Acres that she and her sister Jane Doe 1 were molested by "Mike" or "Michael," who was the roommate of her mother's boyfriend, Billy.[1] Initially, it was believed that the abuse occurred at a residence in Phoenix, Arizona, so the Phoenix Police Department

---

[1] Throughout the various interviews the victims used the names "Mike" and "Michael" interchangeably.

(PPD) initiated the investigation. On January 22, 2018, PPD facilitated the forensic interviews of Jane Doe 2 and Jane Doe 1 at Phoenix Children's Hospital's Child Protection Team.

4. During the interview of Jane Doe 1 (age six at the time of the interview), she disclosed that Mike humps her and her sister. Mike pulls down their pants and his pants and has sex with both of them. Mike puts his middle spot, where he pees, into Jane Doe 1's middle spot, where she pees. (**Count 1**) This has happened more than one time. It happens in Mike's room, and he tells her not to tell anyone about it and gives her candy afterwards.

5. One time, when Jane Doe 1 was in the first grade, Mike dragged her by her arm into his room and she could not get out because the door was locked. He dragged her onto his bed and had sex with her. It stopped when Jane Doe 1 bit him on the arm. Jane Doe 1 described that something that looks like milk comes out of Mike's middle spot. This time the milk went on the bed because she ran out of the room.

6. Jane Doe 1 stated that Mike makes her and Jane Doe 2 drink the milk. She saw him hump Jane Doe 2 and their clothes were all off and Mike's milk came out and went on the bed. Another time, Jane Doe 1 saw Mike shoot the milk into Jane Doe 2's middle spot.

7. Jane Doe 1 stated that her mother and Billy were not at home when these things happened. She also stated that Mike took pictures of her with no clothes on and took pictures of them having sex. Mike showed her the pictures on his phone. He also showed her a video of Mike having sex with Jane Doe 2. Mike showed Jane Doe 1 movies of sex where the private spot goes into the private spot, and he said he was going to start doing it to Jane Doe 1 and Jane Doe 2.

8. Jane Doe 1 stated that Mike's work was to babysit them. He is a grown up and does not go to school. Mike was living with Billy because he had nowhere else to live.

9. During the interview of Jane Doe 2 (age five at the time of the interview), she disclosed that Michael had sex with her and Jane Doe 1. (**Count 2**) Michael taught her the word sex. He hurt her private by having sex with his dick with Jane Doe 2 and it made her cry. Jane Doe 2 said that Michael put his dick in her private and pointed to her vagina. He took off her clothes and his clothes and humped her. When he stopped, his milk came out in her private and

1  he gave her candy. Michael told Jane Doe 2 not to tell Billy or her mom. She said that it
2  happened a lot of times.

3      10. One time, Michael told Jane Doe 2 and Jane Doe 1 to come into his room and he
4  made them suck on his dick. Milk came out and went into their mouths. Another time, Jane
5  Doe 2 was on Michael's bed and he turned her around onto her stomach. He tried to put his
6  dick inside her butt and inside Jane Doe 1's butt. Michael did put his dick in Jane Doe 2's butt
7  and it felt bad when it happened.

8      11. Jane Doe 2 stated that she also saw Michael put his dick in Jane Doe 1's private.
9  She described Michael as having brown hair and no tattoos.

10      12. PPD then learned that the victims were residing in a house in Mesa at the time of
11  the alleged abuse, and they referred the investigation to the Mesa Police Department (MPD).

12      13. MPD identified Michael Martinez, DOB xx/xx/1994 and "Billy" as K.P (Billy).
13  On February 22, 2018, Detectives showed Jane Doe 2 and Jane Doe 1 photo lineups, separately.
14  One of the lineups contained an image of Billy, and the other lineup contained an image of
15  Martinez. Both children were asked if they knew anyone in the photos. Neither child
16  identified anyone in either lineup as someone they knew.

17      14. On June 25, 2018, MPD interviewed the mother of the victims. The mother
18  advised that she lived in Mesa from approximately 2015-2017. She could not recall the address
19  but described the location and a house that matched a residence on Westwood Circle, Mesa,
20  Arizona. The mother moved into the house with her boyfriend, Billy. Billy had previously
21  been living in the house with "Steve-O" and Michael Martinez. "Steve-O" had passed away
22  and she moved in to help pay the bills. She moved in with her daughters, ages four and five,
23  and her two-year-old son. Martinez lost his job, so he babysat the children.

24      15. The mother was unsure when Martinez began babysitting the children. However,
25  he continued to watch them until they had to move because the landlords were selling the house.
26  She, Billy, and Michael all went their separate ways. The mother believed that Michael had
27  family in Phoenix and Texas. The mother lost her job and could not afford rent, so she put her
28  daughters in Sunshine Acres. Her son was too young to be taken in by Sunshine Acres. After

this, the mother learned about the police investigation and DCS investigation.

16. The mother identified Billy by his AZ Driver's License photo. She was also shown a photo lineup and identified Michael Martinez in the lineup. She was unaware of any abuse going on in the house at the time.

17. MPD Detectives interviewed Billy regarding the sexual abuse allegations. Billy advised that he was unaware of any abuse going on in the house at the time. He stated that he has not had contact with MARTINEZ since they moved and did not know if he was in Texas or Phoenix.

18. MPD submitted the investigation to the Maricopa County Attorney's Office (MCAO) for charging. They did not locate Martinez and conduct an interview. MCAO turned down the investigation.

**NCMEC and FBI Investigation**

19. In April 2017, the National Center for Missing and Exploited Children (NCMEC) became aware of a series of photos and videos depicting the sexual abuse of two prepubescent minor females by an adult male that had been distributed on the Internet. They titled the series "FLANNELPANTS" because in one of the videos, the male subject was wearing red flannel pants. NCMEC and the FBI had been trying to identify the victims and subject depicted in these images since April 2017.

20. On or about February 11, 2022, the FBI located the Facebook page of Sunshine Acres and saw an image of a minor female who resembled "Jane Doe 2." In particular, "Jane Doe 2" has a deformity in her left hand in which she only has a thumb and three fingers. This deformity can be seen in the abuse images and in the image on the Facebook page.

21. A search of records by the FBI revealed the above investigation conducted by PPD and MPD. Records checks for Michael Martinez, Date of Birth xx/xx/1994, showed that he had a Pennsylvania Driver's License from April 3, 2015, through approximately October 2018. On or about October 3, 2018, Martinez obtained a Texas Driver's License using an address in Fort Worth, Texas. The Texas Driver's License lists him as being 6'1" tall and 170 pounds. His image shows that he has brown hair and brown eyes and has scraggly facial hair. In particular,

he has a thin mustache and patch of hair under his lower lip.  He also has sparse hair on and under his chin.

22. In one of the sexual abuse videos, a partial facial image of the male subject was developed.  The male is observed to have some facial hair.  A thin mustache, a patch of hair under the lower lip, and hair or a beard underneath the chin can be seen.

23. In some of the images depicting one of the victims who is standing on a bed and pulling down her underwear, an open wallet can be seen on the bed.  A driver's license is visible in the clear window part of the wallet.  Although blurry, the driver's license was issued by the state of Pennsylvania and some features of the photo ID can be seen.  In particular, the hairstyle of the person in the license photo is consistent with the image of Michael Martinez's Pennsylvania Driver's License.  Martinez provided his PA Driver's License to MPD authorities on November 6, 2016, during an unrelated investigation conducted at the residence.

24. In the images and videos where parts of the male suspect are visible, he appears to be a young adult male, white or Hispanic, with a thin build.  His voice and the victims' voices can be heard in one of the videos.  Michael Martinez' skin tone as seen in both of his driver's licenses is consistent with that of the suspect.

25. On February 22, 2022, FBI Agents interviewed the mother of the victims.  The mother advised that she was notified by MPD that they had closed their case and Martinez was never arrested.  She stated that she has custody of Jane Doe 1 and Jane Doe 2 and that they both have experienced significant trauma from the sexual abuse.  The mother was shown sanitized images of Jane Doe 2 and Jane Doe 1.  She identified the Victims as her children.  The mother advised that Jane Doe 2 was born without the ring finger on her left hand.

26. I have reviewed the images and videos contained in the "FLANNELPANTS" series.  The images depict Jane Doe 2 and Jane Doe 1 in various stages of undress.  Numerous images depict the children with their legs spread apart and the focal point of the image is their genitalia.  In some of the images, the victims are spreading apart their genitalia, and in some of the images, an adult male hand is spreading apart their genitalia.  In one video, the male suspect is wearing red flannel pants and is laying on the floor.  He has his penis pulled out through the opening of

the pants. Jane Doe 1 is licking his penis and putting it in her mouth. The video appears to be taken by Jane Doe 2. In another video, the male suspect's penis can be seen pushing through the legs and against the genitalia of one of the victims.

27. On March 5, 2022, I showed four images to the victims' mother and asked her if she could describe the images and anything in them that was identifiable. The first image depicted Jane Doe 1 standing on a bed and an open wallet was visible on the bed. (Also described in Paragraph 23). The second image was a close-up of the wallet. The mother stated that the girl in the image was Jane Doe 1 and that she believed the bed was in the victims' room. The stuffed animals on the bed belonged to the victims. She stated the license visible in the wallet did not appear to be an Arizona ID. The mother stated that the hair style in the license photo looked like Michael's. He had long hair that she eventually cut for him.

28. The third image shown to the mother depicted an item of clothing that had different color stars on it and a partial facial image of an individual (Also described in Paragraph 22). The mother recognized the clothing as a shirt that the girls shared but was most likely worn by Jane Doe 2. Upon seeing the partial facial image, the mother stated, "That's Michael." She knew it was Michael because he had bigger lips, a mustache, and scraggly facial hair.

29. The fourth image shown to the mother depicted a man lying on the floor. One of his hands and part of his arm, his pants, and part of his black t-shirt are visible in the image. He was wearing red flannel type lounge pants with black plaid or checkered design. I previously sanitized the image by placing a white box over the man's penis, which was visible in the image. The mother immediately recognized the pants as being a pair she had seen Michael wear around the house. Michael often wore similar pants and always wore a black t-shirt. She also stated that she recognized the hand as being Michael's, because he had "scrawny, little, disgusting fingers."

//
//
//
//

**CONCLUSION**

30. Based on the foregoing, I believe that there is probable cause that Michael Martinez knowingly produced child pornography in violation of 18 U.S.C. §§ 2251(a) and (e); and 2256.

Respectfully submitted,

CANDACE M. ROSE
Special Agent
Federal Bureau of Investigation

Subscribed and sworn electronically this 6th of March, 2022.

HONORABLE MICHAEL T. MORRISSEY
United States Magistrate Judge