GARY M. RESTAINO
United States Attorney
District of Arizona
GAYLE L. HELART
California State Bar No. 151861
Email: Gayle.Helart@usdoj.gov
BRETT A.DAY
Arizona State Bar No. 027236
Email: Brett.Day@usdoj.gov
Assistant United States Attorneys
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br>  v.<br>Michael Martinez,<br><br>  Defendant. | CR-22-00272-PHX DJH<br><br>**GOVERNMENT'S FIRST BILL OF PARTICULARS REGARDING FORFEITURE** |

Pursuant to Federal Rule of Criminal Procedure 32.2(a), the United States of America submits this notice in the form of a First Bill of Particulars to correct descriptions and identifiers of the following property which is subject to forfeiture on the basis of the forfeiture allegation set forth in the Indictment [8]:

<u>Item (3) Correction to Serial Number (SN):</u>
HP Envy M6 laptop; SN: CND23629S6

<u>Item (4) Revision of Property Description:</u>
Digital Storm desktop computer; SN: 7102MAR65694

<u>Item (5) Removed from the Forfeiture Allegation:</u>
Digital Storm desktop computer; SN: 7102MAR65694, containing Toshiba 240GB hard drive; Model: TLl00; SIN: 86EB42QHKKEU

//

Respectfully submitted this 26th day of April 2022.

                                        GARY M. RESTAINO
                                        United States Attorney
                                        District of Arizona

                                        *S/Brett A. Day*
                                        BRETT A. DAY
                                        Assistant United States Attorney

# CERTIFICATE OF SERVICE

I certify that on April 26, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant: counsel of record

Eleni C Perdikakis
Suzuki Law Offices LLC
eleni@suzukilawoffices.com


By: *S/Victoria Tiffany*
U.S. Attorney's Office

3